IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. ROBINSON, | : | No. 4:25cv1134 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CITY OF SHAMOKIN, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 3rd day of November 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff Michael Robinson's objections to the report and recommendation ("R&R") of Magistrate Judge Martin C. Carlson, (Doc. 42) are **OVERRULED**.

2) The R&R, (Doc. 41), is adopted in full.

3) Plaintiff's complaint, (Doc. 1), is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The dismissal is without prejudice.

4) On or before **December 3, 2025,** plaintiff may file an amended complaint addressing the issues raised in the R&R and the court's memorandum. Failure to file an amended complaint in will result in the dismissal of this action with prejudice.

5) Plaintiff's motions ancillary to the complaint, (Docs. 18, 21, 23, 32–34, 45–51), will be dismissed without prejudice pending the filing of an amended complaint that states a plausible claim for relief.

6) Plaintiff's motions to enjoin the 2025 Shamokin mayoral and city council elections, (Docs. 53–54), are **DENIED**.

Date: 11/3/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court